[L. A. No. 15603. In Bank.—June 12, 1936.]

ELMER H. KIRK et al., Appellants, v. THE LOAN AND BUILDING ASSOCIATION OF SANTA BARBARA (a Corporation) et al., Respondents.

C. W. Engelbertson for Appellants.

Arch H. Vernon, Earl E. Johnson and Gilbert E. Harris for Respondents.

THOMPSON, J.—▮ This is an appeal from a judgment for the defendants in an action to quiet title and set aside a sale under a deed of trust. Motion to dismiss the appeal or affirm the judgment upon the ground that no substantial questions have been raised has been made by the respondents. The propositions relied upon as requiring a reversal of the judgment were all urged in *Engelbertson* v. *Loan and Building Association of Santa Barbara*, L. A. No. 15602, this day decided and reported (*ante*, p. 477 [58 Pac. (2d) 647]), and were therein determined contrary to the contentions of the appellants.

The motion to dismiss the appeal is denied and the judgment is affirmed.

Shenk, J., Langdon, J., Curtis, J., and Waste, C. J., concurred.